

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/14/2021

IN RE:

| | | |
|---|---|---|
| **FRANCIS MARIE MURRAY** | § | **CASE NO. 21-30749** |
| | § | |
| | § | |
| **DEBTOR** | § | **CHAPTER 13** |

### ORDER GRANTING DEBTOR'S MOTION TO DISMISS CASE

**THIS MATTER** is before the Court upon Debtor's motion to dismiss this case (ECF No. 21). The Court finds good cause for entry of this order and is otherwise fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that this case is hereby **DISMISSED.**


Signed: April 14, 2021

_____
Jeffrey P. Norman
United States Bankruptcy Judge